**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| David Cook, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> RentGrow Inc. and Backgroundchecks.com, : <br> : <br> Defendants. : | Civil Action No.: 1:18-cv-10030-DJC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that all parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 27, 2018

Respectfully submitted,

PLAINTIFF, David Cook

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
B.B.O. No.: 650671
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

          By /s/ Sergei Lemberg

          Sergei Lemberg